Molly Cohen, Respondent, v. The City of New York, Appellant.— Judgment reversed, with costs, and complaint dismissed, with costs, on *Lalor* v. *City of New York* (208 N. Y. 431). Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

In the Matter of Harry B. Hollins and Others, as Executors, etc. Mabel, Countess Zichy, Appellant; Harry B. Hollins and Others, as Executors, etc., Respondents.— Decree affirmed, with costs to the executors, respondents, payable out of the estate. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Walton T. Carpenter, Respondent, v. Mildred Ashforth Carpenter, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Marx Ottinger and Another, Respondents, v. John R. Bennett and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. . No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Joseph E. Ellery, Respondent, v. The People's Bank of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Charles La Rue, an Attorney, etc., Appellant. John Forsythe, Plaintiff, v. Alexander Cameron, Jr., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Bailie Muss, Respondent, v. Louis Muss, also Known as Louis Kaufman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Supplementary Proceedings: George F. Vingut and Another, Respondents, v. Henry B. Sire, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Charles Friedman and Others, Copartners, etc., Appellants, v. Lawson Purdy and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

John C. Wait, as Receiver, etc., Respondent, v. Frank B. Gilbreth, a Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.